FILED
Clerk's Office
USDC
Date 2-22-05
By [signature]

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **SUBMITTED UNDER SEAL** |
| | ) | |
| v. | ) | Criminal No. 04-10255-WGY |
| | ) | |
| RONALD ZAMPANTI | ) | |

**MOTION TO SEAL AND IMPOUND ASSENTED TO MOTION FOR PRELIMINARY ORDER OF FORFEITURE AND PRELIMINARY ORDER OF FORFEITURE**

Pursuant to Local Rule 7.2, the United States of America hereby moves for an order sealing and impounding the above-captioned Assented to Motion for Preliminary Order of Forfeiture, the Preliminary Order of Forfeiture, this motion, the Court's order on this motion, all related docket entries, and any other paperwork related to this matter until further order of the Court. Defendant Ronald Zampanti has indicated, through counsel, that he intends to plead guilty, pursuant to **Rule 11(c)(1)(B)** of the Federal Rules of Criminal Procedure, to an Information pursuant to an agreement with the United States. Disclosure of this proceeding could adversely impact other ongoing investigations and prosecutions. Accordingly, the government respectfully requests that this Court seal the Assented to Motion for Preliminary Order of Forfeiture, Preliminary Order of Forfeiture, and all related paperwork until such time as disclosure becomes appropriate, depending on the progress of the other cases.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

February 22, 2005         By: [signature]
                              ERNEST S. DiNISCO
                              Assistant U.S. Attorney

SO ORDERED:

[signature]                   2/10/05
UNITED STATES DISTRICT JUDGE  DATED