Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

**SEALED**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-10255-WGY |
| ) | |
| RONALD ZAMPANTI ) | |

## WAIVER OF INDICTMENT

I, **RONALD ZAMPANTI**, the above-named defendant, who is accused of operation of an illegal gambling business from January 1998 and continuously thereafter up to and including March 2001 and money laundering conspiracy from January 2000 through March 2000, in violation of 18 U.S.C. §§1955 and 1956, being advised of the nature of the charges, the proposed information, and my rights, hereby waive in open court on

_2/22/05_ prosecution by indictment and consent that
*(Date)*
the proceeding may be by information instead of by indictment.

_____
RONALD ZAMPANTI, Defendant

_____
Counsel for the Defendant
ZAMPANTI

Before: _William G. Young_
    Judicial Officer