UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES, )<br>)<br>)<br>v. )   CR 04-10255-WGY<br>)<br>SEALED )<br>    Defendant ) | |

## GLOBE NEWSPAPER COMPANY, INC'S.
## MOTION FOR ACCESS TO COURT DOCKET AND CASE FILINGS

Globe Newspaper Company, Inc. (the "Globe") submits this its motion for public access to the proceedings, filings, and docket in the above-captioned criminal case. In support of this Motion, the Globe relies on the memorandum of law and Affidavit of Neil McGaraghan submitted herewith.

WHEREFORE, the Globe respectfully requests that the court enter an order unsealing this case and granting the Globe access to the proceedings, filings, and docket in this case.

Respectfully submitted,

OF COUNSEL:

David E. McCraw, Esq.
**The New York Times Company**
229 West 43rd Street
New York, NY 10036
(212) 556-4031

Dated: April 8, 2005

GLOBE NEWSPAPER COMPANY, INC.

By its attorneys,

_____
Jonathan M. Albano, BBO #013850
Neil McGaraghan, BBO #649704
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA 02110-1726
(617) 951-8000

LITDOCS/596083.1