UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| v. ) | CR 04-10255 |
| ) | |
| SEALED ) | |
| Defendant ) | |

## AFFIDAVIT OF NEIL MCGARAGHAN

I, Neil McGaraghan, declare:

1. I am over eighteen years of age. I have personal knowledge of the facts recited herein, and, if called on, could and would testify competently to them.

2. I am an attorney associated with the law firm Bingham McCutchen LLP, 150 Federal Street, Boston, Massachusetts. I represent Globe Newspaper Company, Inc., in the above-captioned proceeding.

3. On April 7, 2005, I conducted a search on the court's CM/ECF system under case number 01:04-cr-10255. The search results indicate that the docket is not available to the public and, in fact, that the case does not exist.

I declare under penalty of perjury that the foregoing is true and correct. Dated this 8 day of April, 2005.

_____
Neil McGaraghan

LITDOCS/596093.1