UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| v. ) | CR 04-10255 |
| ) | |
| SEALED, ) | |
| Defendant ) | |

**CERTIFICATE OF SERVICE**

I, Neil G. McGaraghan, hereby certify that on April 27, 2005, I caused a copy of Globe Newspaper Company's Motion for Access to Court Docket and Case Filings and related papers filed in this matter to be served by hand on:

Michael J. Sullivan, Esq.
United States Attorney for Massachusetts
One Courthouse Way
John Joseph Moakley Courthouse
Boston, MA 02210

_____
Neil G. McGaraghan

LITDOCS/599457.1