**SUBMITTED UNDER SEAL**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 04-10255-WGY |
| | ) |
| RONALD ZAMPANTI, | ) |
| Defendant | ) |

**GOVERNMENT'S MOTION TO SEAL AND IMPOUND**

Pursuant to Local Rule 7.2, the United States of America, by and through its attorneys, Michael J. Sullivan, United States Attorney, and Assistant U.S. Attorneys Ernest S. DiNisco and Cynthia A. Young, moves for an order sealing and impounding until further order of this Court this Motion to Seal and Impound and the Government's Response to Globe Newspaper Company, Inc.'s Motion for Access, which is being filed with this motion. The Government's Response concerns the government's partial acquiescence in the Globe Newspaper Company's motion seeking the unsealing of this case and request that the Court continue to seal the defendant's plea and cooperation agreement and related documents and docket entries. Sealing of this Motion and the government's Response is necessary to avoid disclosure of the defendant's cooperation with the government, which, as described in the Response, might endanger the defendant. The government will not object to the unsealing of

these documents at some point after the defendant is sentenced (June 14, 2005), as is more fully outlined in the accompanying Response.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                  United States Attorney

By:    /s/ Cynthia A. Young
                                  Cynthia A. Young
                                  Ernest S. DiNisco
                                  Assistant U.S. Attorneys

May 3, 2005

## CERTIFICATE OF SERVICE

    I, Cynthia A. Young, hereby certify that today, May 3, 2005, I caused a copy of this Motion to be served by first-class United States mail upon counsel for the defendant, James H. Budreau, Esq., Oteri, Weinberg & Lawson, PA, 20 Park Plaza, Boston, MA 02116.

                                              /s/ Cynthia A. Young
                                              Cynthia A. Young