UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal Action
No:04-10255-WGY

SEALED
Plaintiff

v.

SEALED
Defendant

NOTICE OF HEARING

YOUNG, C.J.

TAKE NOTICE that the above-entitled case has been set for HEARING ON THE MOTION TO UNSEAL at 2:00 P.M., on MON. MAY 16, 2005, in Courtroom No. 18, 5TH floor.

By the Court,

*/s/ Elizabeth Smith*
Deputy Clerk

May 6, 2005

To: All Counsel