**SUBMITTED UNDER SEAL**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEALED ) | |
| ) | |
| v. ) | Crim No. 04-10255-WGY |
| ) | |
| SEALED ) | |

**DEFENDANT'S ASSENT TO GOVERNMENT'S MOTION**

Now Comes defendant who respectfully assents to the government's motion to impound filed under seal. Defendant also moves this Court to file the instant motion under seal. Finally, defendant moves this Court to continue the hearing on the government's motion from May 16, 2005 to June 6, 8 or 10, 2005. In support of this request for a continuance, defendant states the following:

1. His counsel begins a first degree murder trial on May 16, 2005 in Suffolk Superior Court and, therefore, will not be available on that day. Additionally, it is expected that the trial, Commonwealth v. Robinson, will run through the beginning of June 2005. As defendant is willing to rely upon the representations of the government for this hearing, a continuance may not be necessary.

2. If this Court needs defendant present for the hearing, then he respectfully requests a continuance as outlined above.

Wherefore, defendant assents to the government's motion to impound and moves to continue the hearing date to June 6, 8 or

10, 2005 for the above stated reasons.

        Respectfully submitted,

        _____
        JAMES H. BUDREAU, ESQ.
        BBO# 553391
        20 Park Plaza, Suite 905
        Boston, MA 02112
        (617) 227-3700

    I, James Budreau, do certify that I served a copy of this document to AUSA Cynthia Young on this day of May 10, 2005 by hand.

        _____
        James Budreau