**SUBMITTED UNDER SEAL**

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAY 24 A 11:48

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 04-10255-WGY |
| | ) |
| RONALD ZAMPANTI, | ) |
| Defendant | ) |

**GOVERNMENT'S MOTION TO SEAL AND IMPOUND**

Pursuant to Local Rule 7.2, the United States of America, by and through its attorneys, Michael J. Sullivan, United States Attorney, and Assistant U.S. Attorneys Ernest S. DiNisco and Cynthia A. Young, moves for an order sealing and impounding until further order of this Court this Motion to Seal and Impound and the Government's Response To Procedural Order Re: Unsealing, which is being filed with this motion. The Government's Response concerns the government's request that the Court continue to seal the defendant's plea and cooperation agreement, and all documents and docket entries that refer to the defendant's cooperation or cooperation agreement. Sealing of this Motion and the government's Response is necessary to avoid disclosure of the defendant's cooperation with the government, which, as described in the Response, might endanger the defendant. The government will not

object, as a general matter, to the unsealing of these documents at some point after the defendant is sentenced (June 14, 2005), as is more fully outlined in the accompanying Response.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Cynthia A. Young
Ernest S. DiNisco
Assistant U.S. Attorneys

CERTIFICATE OF SERVICE

I, Ernest S. DiNisco, hereby certify that today, May 23, 2005, I caused a copy of this Motion to be served by first-class United States mail upon counsel for the defendant, James H. Budreau, Esq., Oteri, Weinberg & Lawson, PA, 20 Park Plaza, Boston, MA 02116.

_____
Ernest S DiNisco