To Whom It May Concern;

My name is Alexis L. Smith. I am Ronnie Zampanti's ex-wife and the Mother of his two children. I understand why I am writing this letter. I pray that this will give some insight into how important of a role Ronnie plays in three peoples' lives. First and foremost, he is a great father to our two beautiful children. Our son Ronnie says," Dad is my hero!" Our daughter Lexa says," Daddy is a big Teddy Bear that gives the best hugs!" He's an active participant in raising our children Not only does he take the children on scheduled weekends, he drives to the Cape where the children and I reside to attend hockey practice, football practice, gymnastics, games and performances. He himself was active in sports while in school, so he enjoys coaching our son and giving him pointers. He also attends school functions and is familiar with the teachers and staff at our childrens' school. He understands how difficult it is for me working full time and raising the children. When I've had a rough day he picks up the ball and helps with homework over the phone and talks to the kids about their day. This helps me cook dinner or just some me time.

He is my main financial source. He keeps our family going and helps me with extra expenses when he can. He provides the kids with the necessities. I would not be able to survive without his financial support.

Ronnie is not only my partner in parenting, he is my friend. I haven't always been able to say that. We had many tough times to say the least and our ten year relationship was strained by his profession.

In my opinion, I feel Ronnie is a product of his environment. Like it has been since the beginning of time. If your Father was a carpenter, he passed that profession on down to you. If your father was a farmer, you were taught to farm. Ronnie's family did just that. I feel your parents set an example for you, whether it be right or wrong. Children look up to their parents and truly believe that their parents can do no wrong. Ronnie grew up knowing what his father did for a living and thought nothing of it. He thought," If my Dad does it, it must be OK". Regardless of knowing

right from wrong, I think this area became a little grey to him.

Fortunately, Ronnie has never wanted to involve our son in this lifestyle. He sees that there are consequences and he has decided to do the right thing for himself and his family. He feels better about himself and I can say that I am proud of him. Ronnie mentioned to me how life is too short and it should never be taken for granted. This is true. In the end, Ronnie wants his kids to be proud of their Father. I'm happy to say, they already are.

Sincerely,

*Alexis L. Smith*

Alexis L. Smith