To: Judge Young:

Re: Ronald Zampanti

Dear Judge Young:

My name is Elaine Zampanti. My son is Ronald Zampanti.

Your honor, there is so much more to this young man than the papers you have before you. He is one of the most caring and loving sons a mother could ask for.

Ronnie as a child was exceptionally bright and extremely athletic. He was an honor roll student for most of his school years. In high school he was very popular and very well respected by his peers. He received many awards in football for athletic ability and character and was also voted All State Game. He also graduated from college with wonderful grades.

Though, Ronnie made me proud through all those school years, it pales in comparison to how proud I am of him as a father.. He is so devoted to his two children, Ronald age 9 and Lexa age 5. He drives weekly two hours sometimes 3 hours depending on traffic to visit his kids. There is nothing more important to him than his children. Nothing can deter him from these visits. My grandchildren have no other father figure in their life and they depend on him so much, as I do. (more than I should). They would be emotionally devastated if they didn't have their quality time with their Dad.

Last year I was diagnosed with stage 3 breast cancer, it was a crucial blow to our family. Every day for nine grueling months Ronnie was there for me, taking me back and forth to chemotherapy and radiation treatments. Shortly after this difficult time my mother was diagnosed with pancreatic cancer and again Ronnie stepped up to the plate, carrying his grandmother to and from the bed, when my sister and I were to weary to do anymore.

As you can see Ronnie plays such a substantial role in our families lives. I only hope, your honor, you will take into consideration all these factors when determining my son's fate.

Sincerely,

*Elaine Zampanti*

Elaine Zampanti