To: Judge Young:

RE: RONALD ZAMPANTI

Dear Judge Young:

I know you must receive hundreds of letters on behalf of the people that come before you. I personally was not asked to write this letter, but I feel compelled to.

Ronald Zampanti is my nephew and a wonderful nephew he is but more than that he is the most wonderful son a mother could ask for. I plead for my sister who does not know that I am writing this letter. Last year she was diagnosed with breast cancer and mentally and physically had the most difficult time. If it wasn't for the support of her family I do not know that she would have survived it. Ronnie was the most compassionate and steadfast support in her life and she depended on him greatly and still does.

Our family has had a very traumatic year. Last August, one month after my sister ended her chemotherapy, my mother was diagnosed with pancreatic cancer. My sister and I were her care givers and kept her at home from the beginning of her illness until the end which came on November 1st. Again, my nephew was there daily to help me and my sister take care of his grandmother.

This has taken such a toll on my sister that I am in fear for her health. I plead for her well being. I know she could never handle Ronnie going away. He is a kind, considerate human being, a college graduate and someone who has always made my family proud of him. He is mild mannered and not troublesome, and a wonderful devoted father. A father who drives 180 miles twice a week to see his children even when he doesn't have to.

Please Judge Young, look at the young man behind these charges.. In my opinion, Ronnie and his family could really use a break. He has never been in trouble before. He has learned from his mistakes.

Please take this letter into consideration when reviewing this case.

Thank You,
Sincerely,

Patricia D'Avolio
Aunt of Ron Zampanti

May 16, 2005

Dear Judge Young:

First I would like to introduce myself. My name is Tracy Caeran. I am 29 years old. I reside in Marblehead, Massachusetts with my husband, and seven year old son, Craig. I work as a paralegal for a law firm in Melrose.

My brother is Ronald Zampanti. He will be standing before you for sentencing.

I would like to give you some insight as to the Ronnie I know, love and admire.

Ronnie is six years my senior. I have always thought of my brother as my protector. I can recall a time when I was entering high school Ronnie came to my room one night to talk with me about peer pressure. He told me that I was now at the age where I might be exposed to drugs. Ronnie had a long talk with me about drugs that night. In short, he explained that nothing good could come of experiencing with drugs or alcohol. He told me that kids would respect me more by taking a stand and simply saying "no".

Believe it or not, I lived by this advice and never experimented with any drugs. Ronnie has always had such wonderful characteristics about him that not too many people have.

He spent most of high school days being active in sports and maintaining above average grades. Ronnie went on to attending and graduating Merrimack College. Despite Ronnie's busy schedule with college, sports and working, he always made time for his family. Family comes first with Ronnie. 13 years ago our family was told that my parents' marriage was in trouble. This was devastating for all of us. At that point Ronnie put himself second and me my sister and mother first. He was now the man of the house. Ronnie watched over us and made sure that the burden of raising two high school teenagers were not as dreadful for my mother as sometimes they could have been.

Ronnie now has two children. I have never seen a father look into their children's eyes the way Ronnie does his; with such devotion, admiration and love. Ronnie's children now reside in Cape Cod, which is a two-hour drive from Ronnie's house. Though this is a long ride, it has never stopped Ronnie from seeing his children on a weekly basis. I have even witnessed Ronnie take this ride to watch his son participate in a football practice....a practice....not even a game.

Ronnie has such a wonderful relationship with his children. They truly adore him and depend him. They look forward to their weekly visits with their father.

The proudest moment I have of Ronnie was when Ronnie gave me away at my wedding. As I was proud to have Ronnie walk me down the aisle and give me away, he was equally as proud...

Judge Young this letter is not meant to take away from the fact that what Ronnie did was a crime.... but rather help you see the man standing behind these charges.

Ronnie has a very severe asthmatic problem along with an anxiety disorder. He has been treated for these conditions for several years now.

His asthma is so intense it triggers panic attacks.

Your Honor, I plead with you to consider an alternative sentence than imprisonment and can only hope that you will consider these factors when determining his sentencing.

Sincerely yours,

Tracy Caeran

May 19, 2005

To Whom It May Concern:

My name is Andrew Turransky and I write this letter under my free will and accord. Not to discuss anything other than the character of Mr. Ron Zampanti. I'm a sales manager for a very large firm, Daimler Chrysler and the one thing that I consider in anything is its integrity. Integrity is very important to me.

I have been a resident of Winthrop almost my entire life. At age 3 Mr. Ron Zampanti and I became friends. I am 35 years old. Mr. Zampanti was married, had two children and subsequently divorced. His ex-wife and children live on Cape Cod, where he is diligent as a good father, as he keeps a steady presence in their lives. He is equally responsible to his ex-wife meeting all financial obligations to her and the children.

I am fortunate to have this friendship with Mr. Ron Zampanti. He is honest, respectful, reliable and intelligent. He has never shown a propensity to violence, and through our High School Varsity athletic careers, he was a great teammate. He attended college locally and is a local business owner, employing a number of people for a number of years.

We have been through almost every significant experience in each other's life. There is not a single circumstance where I would not vow for this man. He is special to my entire family and me. His children are better off having him as a father, The community is better off having him as a business owner and employer and I am better off having him as a long time friend.

Please consider this informed opinion of Mr. Zampanti's character.

Sincerely,

Andrew M. Turransky