UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
Clerk's Office
USDC, Mass.
Date 6/10/05
By mlb
Deputy Clerk

UNITED STATES OF AMERICA )
)
v. ) CR. NO. 04-10255-WGY
)
RONALD ZAMPANTI )

### GOVERNMENT'S MOTION TO SEAL

The United States of America, by and through its attorney, the United States Attorney for the District of Massachusetts, hereby respectfully moves the Court to seal this Motion, the Motion filed simultaneously herewith, the Court's order on this motion, <u>all related docket entries</u>, and any other paperwork related to this matter, until further order of this Court. As grounds, the government states that this Motion relates to matters which this Court has previously sealed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Ernest S. DiNisco
ERNEST S. DiNISCO
CYNTHIA A. YOUNG
Assistant U.S. Attorneys

### CERTIFICATE OF SERVICE

Suffolk, ss.                Boston, Massachusetts
                            June 10, 2005

This is to certify that today I mailed postage prepaid this pleading to counsel of record.

/s/ Ernest S. DiNisco
ERNEST S. DiNISCO
Assistant U.S. Attorney