```
 1           THE COURT:  Thank you.
 2           Mr. Ronald Zampanti, in consideration of the
 3   factors which this Court is required to consider under 18
 4   United States Code, Section 3553, this Court, on each of the
 5   counts of conviction, sentences you to three years'
 6   probation.
 7           The Court imposes upon you a fine of 100 -- a
 8   special assessment, rather, of $200, $100 on each count.
 9           The Court fines you $15,000 and orders forfeiture
10   in the amount of $95,500.
11           The special conditions of your supervised release
12   are that you're prohibited from possessing a firearm or
13   other dangerous weapon.  You will submit to the collection
14   of a DNA sample.  You're to participate in mental health
15   treatment, a mental health treatment program as directed by
16   the probation office, and you're required to contribute to
17   the costs of such program.
18           You're prohibited from engaging in an occupation,
19   business or profession that would require or enable you to
20   participate in gambling operations.  You shall complete a
21   victim impact program as directed by the probation office.
22           Now, let me explain directly to you what that
23   sentence is.  I've given you that sentence because you've
24   gone straight and your conduct after you were arrested.  I
25   believe in you.  I believe what you've done.  You hear what
```

```
 1    congress recommends for this type of conduct, three, four
 2    years in prison.  I give you this sentence because you have
 3    straightened your life out.
 4            Now, in one respect, and I mean no disrespect to
 5    your skillful counsel, he says, well, you got into this
 6    because you were having a lot of difficulty with your wife.
 7    I don't buy that at all.  That's no excuse.  This may be
 8    economic wrongdoing, the criminality here.  This was
 9    intentional and it was continuing.  Were it not for the fact
10    that you've straightened yourself out.  I agree with him
11    when he says you are a low risk of reoffending, but it's
12    going to be three years so we can be sure.
13            That's the sentence of the Court.  You have the
14    right to appeal from any findings or rulings the Court has
15    made against you.  Should you appeal and should your appeal
16    be successful in whole or in part, you will, the case will
17    be redrawn to another judge for resentencing.
18            Mr. Budreau?
19            **MR. BUDREAU:**  Your Honor, I just want to clarify
20    one thing that I said.  In terms of him doing this crime
21    because of his wife, I think what I meant to say was that he
22    got out of it, one of the reasons he got out of it was
23    because of the problems in the relationship with his wife.
24    I just wanted to be clear on the record.
25            **THE COURT:**  I meant you no disrespect.  Then I,
```

```
 1    then I misunderstood it.  I thought you were somehow
 2    arguing --
 3         MR. BUDREAU:  Absolutely not, your Honor.
 4         THE COURT:  -- the marital discord was a palliation
 5    of the criminal conduct.
 6         MR. BUDREAU:  Absolutely not.
 7         THE COURT:  I don't buy that on this record.
 8         MR. BUDREAU:  I understand, your Honor.
 9         THE COURT:  Thank you.  That's the order of the
10    Court.  Thank you very much.
11         MR. DiNISCO:  Thank you, your Honor.
12         (Whereupon the matter concluded.)
13
14
15
16
17
18
19
20
21
22
23
24
25
```