UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.           )<br>)<br>RONALD ZAMPANTI        )<br>)<br>Defendant.    ) | CRIMINAL NO. 04-10255-WGY |

**MOTION FOR FINAL ORDER OF FORFEITURE**

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, that this Court issue a Final Order of Forfeiture in accordance with Title 21, United States Code, Section 853, incorporated by Title 18, United States Code, Section 982(b)(1), with respect to certain assets of the Defendant Ronald Zampanti (hereafter "Defendant"), for the reasons set forth below.

**BACKGROUND**

1. The United States Attorney for the District of Massachusetts filed an Information [hereafter the "Information"] on August 24, 2004, charging the Defendant with illegal gambling and money laundering conspiracy, in violation of Title 18, United States Code, Sections 1955 and 1956(h). The Information also charged that certain of the Defendant's assets are subject to forfeiture to the United States pursuant to Title 18, United

1

States Code, Section 982.

2. In particular, the Information charged that the Defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(1), any and all property, real and personal, involved in that offense, and all property traceable to such property, including, but not limited to, approximately ninety-five thousand five hundred dollars ($95,500) in United States currency.

3. The Information provided, further, that if any of the assets listed in paragraph 1:

    as a result of any act and omission of the Defendant --

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 982(b)(1), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in subparagraphs (a) through (e) of this paragraph.

4. On February 16, 2005, the Defendant pleaded guilty to both counts charged against him in the Information. This Court

found that there was a factual basis for the plea, which included a factual basis for the forfeiture, and accepted it.

5. On February 22, 2005, the United States moved, pursuant to Rule 32.2 and the Defendant's plea agreement, for entry of a Preliminary Order of Forfeiture forfeiting the following assets to the United States of America:

> approximately ninety-five thousand five hundred dollars ($95,500) in United States currency

6. On February 22, 2005, this Court entered an order allowing the Assented To Motion for Preliminary Order of Forfeiture.

7. Accordingly, the United States, with the assent of the Defendant, now moves for entry of a Final Order of Forfeiture constituting a money judgment against Defendant in the total amount of $95,500. See Fed. R. Crim. P. 32.2(b)(1). The parties have agreed that this money judgment would be entered against the Defendant at the time of his sentencing and the Defendant has since paid the amount in full.

8. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the Final Order of Forfeiture must be included in the sentence pronounced and imposed by the Court at the sentencing hearing, and must be included in the criminal judgment entered by this Court against him.

WHEREFORE, the United States, with the assent of the Defendant, hereby requests:

(1) that this Court enter a Final Order of Forfeiture in the form submitted herewith.

(3) that the Final Order of Forfeiture be included in the criminal judgment entered by the Court.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
ERNEST S. DINISCO
Assistant U.S. Attorney

Dated: July 14, 2005

**DEFENDANT'S ASSENT**

The Defendant, Ronald Zampanti, by his undersigned counsel, hereby assents to the foregoing Motion for Final Order of Forfeiture and to the immediate entry of the proposed Final Order of Forfeiture submitted with the Motion.

Ronald Zampanti,
by his attorney,

_____
James H. Budreau, Esq.

Dated: July 14, 2005

4

CERTIFICATE OF SERVICE

I hereby certify that today I served the foregoing motion and the proposed Final Order of Forfeiture upon the defendant by sending true copies by first class mail to counsel of record

James H. Budreau, Esq.
Oteri, Weinberg & Lawson, Esq.
20 Park Plaza
Boston, MA 02116

_____
ERNEST S. DINISCO
Dated: July 14, 2005        Assistant U.S. Attorney