UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 NOV -1  P 3: 34

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 04-10255-WGY |
| | ) |
| RONALD ZAMPANTI | ) |

### GOVERNMENT'S MOTION TO UNSEAL

On May 3, 2005, the government filed a response to the Globe Newspaper's motion for public access to all proceedings, filings, and the docket in this case.  The government stated in its response that while it did not object to the unsealing of the case number, the defendant's name, and the criminal information, it believed that the Court should continue to keep the plea and cooperation agreement between the defendant, Ronald Zampanti, and the United States Attorney under seal until the later of two events:  the Court sentenced the defendant, but not to a term of imprisonment, or the defendant completed any term of imprisonment to which he was sentenced in this case.

On May 16, 2005, this Court held a hearing in which it asked the parties to identify which documents in this case should remain under seal and why and the government responded on May 23, 2005.

This case had been sealed because of the government's concern that Zampanti's life might be endangered and the government's ongoing investigation prejudiced.  Since the

1

defendant was not sentenced to a term of imprisonment and the investigation has now concluded, the government respectfully requests that this Court unseal this criminal case with the exception of the document <u>entitled Government's Motion for Departure Pursuant to Section 5K1.1 of the United States Sentencing Guidelines and its related docket entry</u>.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/
HEIDI E. BRIEGER
ERNEST S. DiNISCO
Assistant U.S. Attorneys

CERTIFICATE OF SERVICE

Suffolk ss.                              Boston, Massachusetts

This is to certify that I have mailed on __1st__ November 2005, in a postage pre-paid envelope, the forgoing motion to counsel for the defendant James H. Budreau, Esq.

By: /s/
ERNEST S. DiNISCO
Assistant U.S. Attorney

2