

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR No. 04-10255-WGY |
|---|---|
| DEFENDANT(s)<br>RONALD ZAMPANTI | TYPE OF PROCESS<br>Final Order of Forfeiture |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>$25,000 in United States Currency |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |

| Send NOTICE OF SERVICE copy to Requester:<br><br>KRISTINA E. BARCLAY, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please dispose of the above-referenced currency in accordance with the attached Final Order of Forfeiture and applicable law.

CATS No. 05-IRS-000612                                                                 LJT x3364

| Signature of Attorney or other Originator requesting service on behalf of<br>[X] Plaintiff  [ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>Nov. 22, 2005 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date<br>2-1-06 |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date<br>2-2-06 |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service: 2-2-06   Time of Service: 3:00  [ ] AM [X] PM |
| | Signature, Title and Treasury Agency<br>*[signature]* Special Agent |

REMARKS:  Forfeited currency deposited to Treasury Forfeiture Fund on 2/2/06

TD F 90-22.48 (6/96)

[ ] RETURN TO COURT     [ ] FOR CASE FILE     [ ] LEAVE AT PLACE OF SERVICE     [ ] FILE COPY